### 14424. PULLIAM *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of possessing spirituous liquors, and his motion for a new trial contained only the usual general grounds. The evidence, while circumstantial, was suffi-

cient to exclude every *reasonable* hypothesis save that of the defendant's guilt, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 15, 1923.

Indictment for possession of liquor; from Franklin superior court — Judge W. L. Hodges. February 24, 1923.

*W. R. Little,* for plaintiff in error.

*A. S. Skelton, solicitor-general,* contra.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*